**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| RICHARD FLOOD, | : | No. 92 EM 2017 |
| Petitioner | : | |
| v. | : | |
| CLERK'S OFFICE AND/OR THE OFFICE OF JUDICIAL RECORDS, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.